```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOURDES GARCIA and DIDIER TORO, individually and
on behalf of others persons similarly situated who were
employed by THE EXECUTIVE CLUB LLC d/b/a        Case Number:
PENTHOUSE EXECUTIVE CLUB; THE PENTHOUSE        10-cv-01545 (SHS)
EXECUTIVE CLUB INC.; and/or any entities affiliated
with or controlled by THE EXECUTIVE CLUB LLC or
THE PENTHOUSE CLUB INC.,

       Plaintiff,                    **STIPULATION EXTENDING
                                          TIME TO ANSWER/RESPOND**

  -against-

THE EXECUTIVE CLUB LLC, d/b/a THE PENTHOUSE
EXECUTIVE CLUB; THE PENTHOUSE CLUB INC.;
and/or any other entities affiliated with or controlled by
THE EXECUTIVE CLUB LLC or THE PENTHOUSE
CLUB INC.; and ROBERT GANS,
       Defendants.
-----------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiffs, LOURDES GARCIA and DIDIER TORO, and defendants, THE EXECUTIVE CLUB LLC, THE PENTHOUSE CLUB, INC., and ROBERT GANS (collectively, "Defendants") that Defendants' time to answer and/or otherwise respond to the Complaint in the above referenced action is extended to April 12, 2010; and

  IT IS FURTHER STIPULATED AND AGREED, that for purposes of this Stipulation, facsimile signatures shall operate with the same force and effect as original signatures.


Dated: New York, New York
   March 26, 2010

VIRGINIA & AMBINDER, LLP

By: /s/
James Emmet Murphy
111 Broadway
Suite 1403
New York, NY 10006
(212)-943-9080
*Attorneys for Plaintiffs*

LEEDS MORELLI & BROWN, P.C.

By: /s/
Jeffrey K. Brown
One Old Country Road
Suite 347
Carle Place, NY 11514
(516)-873-9550
*Attorneys for Plaintiffs*

MEISTER SEELIG & FEIN LLP

By: /s/
Jeffrey A. Kimmel
Mitchell Schuster
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3500
*Attorneys for Defendants*

Initial pretrial conference remains at April 9 at 11AM

SO ORDERED: 3/30/10

/s/
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

4462-004 Doc# 12                            2